

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00455-CV

**EX PARTE VINCENT TREVOR CALDAROLA**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06739
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

Appellee's brief was originally due October 8, 2018. When no brief was filed, we ordered appellee to file his brief in this court on or before November 7, 2018. On November 2, 2018, appellee filed a motion for extension of time to file appellee's brief, asking for an additional thirty days in which to file his brief. After review, we **GRANT** appellee's motion and **ORDER** appellee's to file his brief in this court **on or before December 7, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court